UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X Docket No.: 2:26-CV-01083 (HG)

MARIE GERTRUDE FRANCOIS,

Plaintiff,

-against-

VALUCARE, INC.,

Defendant.

-----------------------------------------------------------------X

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO: Mathew R. Capobiano, Esq.
Taylor M. Brodsky, Esq.
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305
Melville, New York 11747
MCapobianco@littler.com
Tbrodsky@littler.com
Attorneys for Defendant
Valucare Inc.

**PLEASE TAKE NOTICE,** that Plaintiff Marie Gertrude Francois ("Plaintiff"), hereby accepts the Offer of Judgment served by Defendant Valucare, Inc. ("Defendant") on June 24, 2026 pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Plaintiff accepts the offer to allow judgment to be taken against the Defendant in the total amount of $6,000.00, inclusive of all claims, costs, and attorney's fees accrued to date.

Pursuant to FRCP 68(a), this Notice, together with the original Offer of Judgment, is being filed with the Clerk of Court for the entry of judgment.

Dated: Garden City, New York
August 5, 2026

Stagg Wabnik Law Group LLP

By: Debra L Wabnik

Debra L. Wabnik

*Attorneys for Plaintiff*
*Marie Gertrude Francois*

401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4504

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIE GERTRUDE FRANCOIS,

Plaintiff,

-against-

VALUCARE, INC.,

Defendant.

Civil Action No. 2:26-CV-01083 (HG)

**OFFER OF JUDGMENT TO PLAINTIFF PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO: Debra L. Wabnik, Esq.
Stagg Wabnik Law Group LLP
401 Franklin Avenue
Garden City, NY 11530
516-812-4504
Fax: 516-812-4604
Email: dwabnik@staggwabnik.com

Valucare, Inc. ("Valucare" or "Defendant"), by and through its undersigned counsel and pursuant to Rule 68 of the Federal Rules of Civil Procedure, makes the following Offer of Judgment to resolve, in their entirety, all of the claims asserted by Plaintiff Marie Gertrude Francois (the "Plaintiff"), in the above captioned action:

1. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Valucare hereby offers to allow Plaintiff to take judgment against it in the above-captioned action in the total sum of Six Thousand Dollars and No Cents ($6,000.00), which includes reimbursement of Plaintiff's reasonable attorney's fees, costs, and expenses incurred to date of this offer.

2. This judgment shall be in full satisfaction and release of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Valucare or any owner, employee, agent, or employer, either past or present, of Defendant, including the claims arising out of the facts and circumstances asserted in this action, which shall be dismissed with prejudice pursuant to judgment.

3. This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and neither this offer nor any judgment which may result from this offer shall be construed as an admission of liability by Defendant, or any owner, employee, representative, or agent of Defendant; and any such liability is expressly denied. Nor is this offer or any judgment resulting from this offer an admission that Plaintiff or any other individual has suffered any damages.

4. Acceptance of this Offer of Judgment will act to release and discharge Defendant, its respective successors or assigns, as well as all past and present owners, employees, representatives, agents, and employers of the Defendant from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this Offer of Judgment also will operate to waive Plaintiff's rights to any claim for post-judgment interest on the amount of the judgment.

5. Payment hereunder, if this offer is accepted, shall be mailed to Stagg Wabnik Law Group, LLP, counsel for Plaintiff, on or before thirty (30) days following the Court's dismissal of the above-captioned action with prejudice.

6. Valucare respectfully submits this Offer of Judgment. To accept this offer, Plaintiff must file a written notice of acceptance thereof within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn. *See* F.R.C.P. 68(b).

Date: June 24, 2026
New York, New York

Respectfully submitted,

Mathew R. Capobianco
Taylor M. Brodsky
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305,
Melville, NY 11747
MCapobianco@littler.com
Tbrodsky@littler.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Docket No.: 2:26-CV-01083 (HG)

MARIE GERTRUDE FRANCOIS,

Plaintiff,

**CERTIFICATE OF SERVICE**

-against-

VALUCARE, INC.,

Defendant.

-----------------------------------------------------------------X

I hereby certify that on August 11, 2026, the **Notice of Acceptance of Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure** of Plaintiff Marie Gertrude Francois, was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

TO: Mathew R. Capobiano, Esq.
Taylor M. Brodsky, Esq.
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305
Melville, New York 11747
MCapobianco@littler.com
Tbrodsky@littler.com
Attorneys for Defendant
Valucare Inc.

Debra L Wabnik

______________________________

Debra L. Wabnik (dw-0944)
Stagg Wabnik Law Group LLP
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4504